# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 19, 2024

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

      Re:  Carey Grayson
            v. John Q. Hamm, Commissioner, Alabama Department of Corrections, et al.
           No. 24-5993
           (Your No. 24-13660-P)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 19, 2024 and placed on the docket November 19, 2024 as No. 24-5993.

                    Sincerely,

                    **Scott S. Harris**, Clerk

                    by

                    Robert Meek
                    Assistant Clerk- Emergency Applications

Attorney